# Exhibit B-1



Fig. 1



Fig. 2

Use a Lock Screen passcode on your OPPO phone

Set the Lock Screen Passcode
1. Go to [Settings] > [Fingerprint, Face & Passcode], enter [Lock Screen Passcode], tap [Turn on Passcode].
2. You'll be prompted to enter a 6-digit numeric code. If you want to use other passcode types, Tap **Other Encryption Methods.**

3. Choose from four types of passcodes:

- **Pattern Code**: Allows you to draw a pattern with at least four dots connected.
- **4-Digit Numeric Passcode:** Allows you to set a numbers-only passcode that contains four characters.
- **4-16 Digit Numeric Passcode:** Allows you to set a numbers-only passcode that contains four to sixteen characters.
- **4-16 Digit Alphanumeric Passcode:** Allows you to set a passcode that contains four to sixteen numbers and/or letters as your preference.

4. Draw your pattern or enter your passcode.

5. Re-draw or re-enter your pattern or passcode to confirm it and activate it.

Fig. 3



Fig. 4

Fig. 5

Storage: 128GB

Fig. 6

SD card

The SD card is a way to store and transfer images, music, video and other data. You can insert a SD card in your phone to expand phone's memory.

SIM1, SIM2 and SD cards share the same card tray. Insert your SD card in the same way that you insert the SIM card(s).

Fig. 7