# Exhibit C-1



Fig. 1

Fig. 2

**Hidden Fingerprint Unlock, Unlock instantly from your display**

You can unlock your R17 Pro instantly just by touching the screen thanks to its hidden fingerprint sensor. An ultra-photosensitive sensor under the display ensures crystal-clear fingerprint images.

Fig. 3

Storage: 128GB

Fig. 4

**SD card**

The SD card is a way to store and transfer images, music, video and other data. You can insert a SD card in your phone to expand phone's memory.

SIM1, SIM2 and SD cards share the same card tray. Insert your SD card in the same way that you insert the SIM card(s).

Fig. 5

Touchscreen: Multi-touch, Capacitive Screen

Fig. 6

Use a Lock Screen passcode on your OPPO phone

Set the Lock Screen Passcode
1. Go to [Settings] > [Fingerprint, Face & Passcode], enter [Lock Screen Passcode], tap [Turn on Passcode].
2. You'll be prompted to enter a 6-digit numeric code. If you want to use other passcode types, Tap Other Encryption Methods.

3. Choose from four types of passcodes:

- Pattern Code: Allows you to draw a pattern with at least four dots connected.
- 4-Digit Numeric Passcode: Allows you to set a numbers-only passcode that contains four characters.
- 4-16 Digit Numeric Passcode: Allows you to set a numbers-only passcode that contains four to sixteen characters.
- 4-16 Digit Alphanumeric Passcode: Allows you to set a passcode that contains four to sixteen numbers and/or letters as your preference.

4. Draw your pattern or enter your passcode.

5. Re-draw or re-enter your pattern or passcode to confirm it and activate it.

Fig. 7

Unlocking the phone from the Lock Screen.
1. Go to [Settings] > [Fingerprint, Face & Passcode], tap [Add a Fingerprint].
2. Follow the on-screen instructions, placing your finger gently on the Home button until your fingerprint is recorded.



Repeat steps 1 and 2 for as many fingers as you like.
Delete or Rename a fingerprint
1. Go to [Settings] > [Fingerprint, Face & Passcode], tap the fingerprint you've added.
2. Enter a name for your fingerprint or tap [Delete Fingerprint].

Fig. 8