# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No.** |
| **GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Altpass LLC ("Plaintiff") is a Texas limited liability company. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED July 9, 2020.   Respectfully submitted,

By: */s/ Jason Blackstone*
Jason Blackstone
Texas Bar No. 24036227
jason@ybfirm.com

**Yarbrough Blackstone**
100 Crescent Court, Suite 700
Dallas, TX 75201
Tel: (972) 638-8566

**ATTORNEY FOR PLAINTIFF
ALTPASS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jason Blackstone*
Jason Blackstone