**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALTPASS LLC, § § *Plaintiff*, § § v. § § GUANGDONG OPPO MOBILE § TELECOMMUNICATIONS CORP., § LTD., § § *Defendant*. § | Case No. 2:20-cv-00233-JRG-RSP |

**ORDER**

Before the Court is the Motion to Dismiss with Prejudice filed by Plaintiff Altpass LLC. (Dkt. No. 5.) The Court **GRANTS** the Motion and, pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 8th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE